UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  1:11CV01564 LJO DLB |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE AMENDED ANSWER** |
| v. | |
| TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and dba MOUNTAIN MIKES PIZZA, | |
| Defendants. | |

Having reviewed the Stipulation Granting Leave to File Amended Answer of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendants, TAHIR JAMEEL BATH and UMARAN FAISAL BATH, are granted leaved to file the Amended Answer attached as Exhibit A to said Stipulation.

IT IS SO ORDERED.

Dated:   __April 12, 2012__                    _____/s/ _Dennis L. Beck_____
                                                                    UNITED STATES MAGISTRATE JUDGE