1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

12

13

14

15

16

17

18

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and dba MOUNTAIN MIKES PIZZA,<br><br>              Defendants. | CASE NO.  1:11CV01564 LJO DLB<br><br>**ORDER GRANTING LEAVE<br>TO FILE AMENDED ANSWER** |

19

20

21

22

23

24

25

26

27

28

       Having reviewed the Stipulation Granting Leave to File Amended Answer of the parties

herein, and GOOD CAUSE APPEARING THEREFOR,

       IT IS HEREBY ORDERED that Defendants, TAHIR JAMEEL BATH and UMARAN

FAISAL BATH, are granted leaved to file the Amended Answer attached as Exhibit A to said

Stipulation.

IT IS SO ORDERED.

     Dated:   __April 12, 2012__                    _____/s/ *Dennis L. Beck*_____
                                                    UNITED STATES MAGISTRATE JUDGE