UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-1564 LJO SAB<br>**NEW CASE NO. CV F 11-1564 SAB** |
| Plaintiff,<br>vs. | **ORDER TO ASSIGN ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES** |
| TAHIR JAMEEL BATH, et al., | (Docs. 38, 39.) |
| Defendants. | |

All parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1).  Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Stanley A. Boone for all further purposes and proceedings.  Further papers shall bear the new case number **CV F 11-1564 SAB**.

U.S. District Judge Lawrence J. O'Neill will take no further action in this case.  Further proceedings, including the pretrial conference and trial, will need to be reset before Magistrate Judge Boone as necessary.

IT IS SO ORDERED.

Dated: __**January 9, 2014**__          __/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28