# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:11-cv-01564-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF NO. 33 |
| TAHIR JAMEEL BATH, et al., | |
| Defendants. | |

On November 7, 2013, the Court ordered Plaintiff J & J Sports Productions, Inc. ("Plaintiff") to show cause why sanctions should not be imposed against Plaintiff due to its failure to comply with the Court's scheduling order. (ECF No. 33.) Plaintiff submitted its written response to the order to show cause on November 14, 2014. (ECF No. 34.)

Good cause having been demonstrated, it is HEREBY ORDERED that the Court's order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **January 10, 2014**

UNITED STATES MAGISTRATE JUDGE

1