# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAHIR JAMEEL BATH, et al., <br><br> Defendants. | Case No. 1:11-cv-01564-SAB <br><br> **AMENDED SCHEDULING ORDER** <br><br> **Pre-trial Conference:** <br> Feb. 21, 2014 at 9:30 a.m. <br><br> **Motion in Limine Hearing:** <br> March 19, 2014 at 10:00 a.m. <br><br> **Trial (Court):** <br> April 1, 2014 at 9:30 a.m. |

On January 14, 2014, the Court held a status conference in this matter to determine the status of the case. Thomas Riley appeared telephonically on behalf of Plaintiff J & J Sports Productions, Inc. and Kevin Isaacson appeared telephonically on behalf of Defendant Tahir Jameel Bath.

Accordingly, it is HEREBY ORDERED that the scheduling order in this matter is amended as follows:

1. The pre-trial conference shall take place on February 21, 2014 at 9:30 a.m. in Courtroom 9 (SAB). In light of the pre-trial statement filed by the parties, the parties need not re-file a new pre-trial statement. However, the parties may file a supplemental pre-trial statement if necessary. Any supplemental pre-trial

1

1 | statement shall be filed on or before February 14, 2014;
2. The motions in limine hearing shall take place on March 19, 2014 at 10:00 a.m. in Courtroom 9 (SAB);
   a. All motions in limine shall be filed on or before March 5, 2014;
   b. Any opposition to a motion in limine shall be filed on or before March 12, 2014;
   c. If no motions in limine are filed by March 5, 2014, the motions in limine hearing date will be taken off calendar; and
3. The court trial shall take place on April 1, 2014 at 9:30 a.m. in Courtroom 9 (SAB) and is scheduled for two to three days.

IT IS SO ORDERED.

Dated:   **January 14, 2014**

UNITED STATES MAGISTRATE JUDGE

2