# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:11-cv-01564-SAB |
| Plaintiff, | ORDER APPROVING STIPULATION TO CONTINUE DATES |
| v. | |
| TAHIR JAMEEL BATH, et al., | |
| Defendants. | |

On February 20, 2014, the parties in this action filed a stipulation to continue the dates scheduled in this action for the pre-trial conference, motions in limine hearing and the bench trial. (ECF No. 45.) Good cause having been demonstrated, the Court will approve the stipulation to continue those dates.

Accordingly, it is HEREBY ORDERED that:

1. The Pretrial Conference is continued from February 21, 2014 to April 25, 2014 at 9:30 a.m. in Courtroom 9 (SAB);

2. The motions in limine hearing date is continued from March 19, 2014 to May 19, 2014 at 10:00 a.m. in Courtroom 9 (SAB). All motions in limine shall be filed on or before May 5, 2014. Any opposition to a motion in limine shall be filed on or before May 12, 2014; and

///

1

3. The bench trial is continued from April 1, 2014 to June 3, 2014 at 9:30 a.m. in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated: **February 20, 2014**

UNITED STATES MAGISTRATE JUDGE

2