# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAHIR JAMEEL BATH, et al., <br><br> Defendants. | Case No.  1:11-cv-01564- SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> DEADLINE:  June 23, 2014 |

On May 8, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before June 23, 2014.

IT IS SO ORDERED.

Dated:  **May 8, 2014**

UNITED STATES MAGISTRATE JUDGE

1