1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TAHIR JAMEEL BATH, ET AL.,<br><br>Defendants. | CASE NO. 1:11-cv-01564-SAB<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES PIZZA |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC., and Defendants TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES PIZZA, that the above-entitled action is hereby dismissed **without prejudice** against TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES A/K/A MOUNTAIN MIKES PIZZA.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 26, 2014, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 8, 2014                             /S/
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:                                               /S/
**TINGLEY LAW GROUP, PC**
By: Kevin Walter Isaacson
Attorneys for Defendants
TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES PIZZA

IT IS SO ORDERED.

Dated:   **June 19, 2014**

UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 8, 2014, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS TAHIR JAMEEL BATH and UMARAN FAISAL BATH, individually and d/b/a MOUNTAIN MIKES PIZZA**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Kevin W. Issacson, Esquire                    (Attorneys for Defendants Tahir
**TINGLEY LAW GROUP, PC**                         Jameel Bath and Umaran Faisal Bath)
10 Almaden Boulevard, Suite 430
San Jose, CA 95113

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 8, 2014, at South Pasadena, California.

Dated: May 8, 2014

_____
**VANESSA VENTURA**